1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Eduardo Llamas-Montez

5

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    ) NO. CR.S-07-0086 FCD
                                )
11            Plaintiff,        )
                                ) **Stipulation and Order to**
12     v.                       ) **Continue Status Conference**
                                )
13 Eduardo Llamas,              ) Date: January 6, 2009
                                ) Time: 10:00 a.m.
14            Defendant         ) Court: Hon. Frank C. Damrell, Jr.
                                )
15 _____ )

16      Eduardo Llamas-Montes, by and through his undersigned counsel
17 and the United States, by and through Assistant United States
18 Attorney Heiko Coppola, hereby agree and stipulate that the status
19 conference previously scheduled for December 1, 2008, should be re-
20 set to January 6, 2009 and that date is available with the Court.

21      The parties agree that the status conference set for December 1,
22 2008 should be continued to January 6, 2009 to allow counsel
23 sufficient time to investigate, prepare and continue negotiation.
24 Time should be excluded for preparation of counsel under 18 U.S.C. §
25 3161(H)(8)(b)and pursuant to local code T4.
26 ///
27 ///
28 ///

```
                                        Respectfully submitted,

                                        /s/ Shari Rusk
Dated: November 26, 2008                Shari Rusk
                                        Attorney for Defendant
                                        Eduardo Llamas-Montes




                                        /s/ Heiko Coppola
Dated: November 26, 2008                Heiko Coppola
                                        Assistant United States Attorney
```

**IT IS SO ORDERED.**

Dated: November 26, 2008                 _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE