LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-086 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING |
| EDUARDO LLAMAS-MONTES, | ) | DATE |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate and agree that sentencing in this case be continued from March 23, 2009 to April 13, 2009 at 10:00 a.m. due to the undersigned Assistant U.S. Attorney being in the midst of a trial on the currently scheduled sentencing date. The U.S.

///
///
///
///
///
///
///

1

```
 1  Probation Officer, Brenda Barron-Harrell has been notified of the
 2  change and has no objection.
 3                                      Respectfully Submitted,
 4                                      LAWRENCE G. BROWN
                                        Acting United States Attorney
 5
 6
 7  DATE: March 18, 2009               By: /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
 8                                      Assistant U.S. Attorney
 9
10  DATE: March 18, 2009                /s/ Shari Rusk[1]
                                        SHARI RUSK
11                                      Attorney for Defendant
12
13  **IT IS SO ORDERED.**
14  DATE: March 18, 2009
15                                      _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE
```

---

[1] Ms. Rusk authorized AUSA Coppola to electronically sign his name to this stipulation and proposed order.